| | |
|---|---|
| 1 | NICOLA T. HANNA |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | FRANCESCO P. BENAVIDES, CSBN 258924 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| |     160 Spear St., Suite 800 |
| 7 |     San Francisco, CA  94105 |
| 8 |     Telephone:  (415) 977-8978 |
| |     Facsimile:  (415) 744-0134 |
| 9 |     Email:  Francesco.Benavides@ssa.gov |
| 10 | Attorneys for Defendant |

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOANA ISABEL HERRERA, | ) Case No. 2:19-cv-07391-JLS-ADS |
| | ) |
| Plaintiff, | ) **JUDGMENT FOR REMAND** |
| | ) |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 11, 2020        /s/ Autumn D. Spaeth
                                                HON. AUTUMN D. SPAETH
                                                UNITED STATES MAGISTRATE JUDGE