JERRY PERSKY, ATTORNEY-AT-LAW
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone:  (323) 938-4000
Facsimile:  (323) 938-4068
E-Mail:  jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOANA HERRERA, | Case No. 2:19-cv-7391-ADS |
| Plaintiff, | |
| vs. | ORDER AWARDING EAJA ATTORNEY FEES |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDRED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand four hundred fifty dollars and no cents ($3,450.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  April 23, 2020         /s/ Autumn D. Spaeth

UNITED STATES MAGISTRATE JUDGE
AUTUMN D. SPAETH